JOSEPH A. VAN MATER, PLAINTIFF IN ERROR, v. FIELDING G. LUCAS, DEFENDANT IN ERROR.

Argued June 19, 1900—Decided November 19, 1900.

On error to the Supreme Court.

For the plaintiff in error, *Alan H. Strong.*

For the defendant in error, *Freeman Woodbridge.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given in the opinion of Mr. Justice Dixon in the Supreme Court. 35 *Vroom* 182.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, BOGERT, HENDRICKSON, VREDENBURGH, VOORHEES. 9.

*For reversal*—None.